UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>        Plaintiffs,<br><br>  v.<br><br>OCEANSIDE BAJA LOBSTER GROUP INC. d.b.a. OCEANSIDE ROCKIN' BAJA LOBSTER a.k.a. ROCKIN' BAJA LOBSTER; H.V. HOLDINGS, LLC d.b.a. HARBOR VILLAGE; AND DOES 1 THROUGH 10, Inclusive,<br><br>        Defendants. | Case No.: 07cv1032 JAH (BLM)<br><br>ORDER GRANTING THE JOINT MOTION AND MOTION TO DISMISS ALL DEFENDANTS WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

    **IT IS HEREBY ORDERED** pursuant to the Joint Motion Brought by OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, Plaintiffs, on the one hand, and Defendant OCEANSIDE BAJA LOBSTER GROUP INC. d.b.a. OCEANSIDE ROCKIN' BAJA LOBSTER a.k.a. ROCKIN' BAJA LOBSTER on the other hand, through their respective attorneys of record that ALL

Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number: 07cv1032 JAH (BLM). Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: August 30, 2007

_____
HONORABLE JOHN A. HOUSTON
UNITED STATES DISTRICT COURT JUDGE